05-14-00441-cr
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/1/2015 5:00:09 PM
Accepted 9/3/2015 11:18:15 AM
ABEL ACOSTA
CLERK

## Motion to extend time to file a petition for discretionary review

FILED IN
COURT OF CRIMINAL APPEALS

September 3, 2015

ABEL ACOSTA, CLERK

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Christopher M. Dunlop, Appellant and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2(c) in compliance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause showing the following:

1) The Court of Appeals Fifth District of Texas at Dallas cause No. 05-14-00441-CR entered a judgment of AFFIRMEND on July 31, 2015. The case, Styled as CHRISTOPHER M. DUNLOP, Appellant V. THE STATE OF TEXAS, Appellee was on appeal from the 296th Judicial District Court Collin County, Texas Trial No. 296-82462-2012. This verdict of guilty by the lower court was entered on 3/18/2014.

During this appeal the defendant/Appellant was never informed from Appellants counsel the following:

a) The Appellant was not notified of the Court of Appeals verdict until one week after the verdict on July 31, 2015 stating "Things were busy and my assistant was on vacation".

b) Appellant was trying to get a hold of Appellant counsel and did not find out

until 2 days before the date of filing or August 27th for the petition for

discretionary review that he could not be appointed court representation

due to his status of being indigent because he had lost his case.

c) Appellant was never notified by Appellant Counsel that he had a right

under the Texas Rules of Appellate Procedure Rule 49.1 that he had 15

days after the verdict to file a motion for Rehearing. If this motion was filed

and granted Appellant would not have to bring this matter to your

attention.

2) The deadline for filling this petition is 8/31/2015 and Appellant is seeking an

additional 30 days to file this petition.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this

Motion To Extend Time to File motion to extend time to file a petition for

discretionary review, and for such other and further relief as the Court

may deem appropriate.

Very respectfully submitted,

Chris Dunlop

Tel: (214) 628-1729

## Motion to extend time to file a petition for discretionary review

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Christopher M. Dunlop, Appellant and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2(c) in compliance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause showing the following:

1) The Court of Appeals Fifth District of Texas at Dallas cause No. 05-14-00441-CR entered a judgment of AFFIRMEND on July 31, 2015. The case, Styled as CHRISTOPHER M. DUNLOP, Appellant V. THE STATE OF TEXAS, Appellant was on appeal from the 296th Judicial District Court Collin County, Texas Trial No. 296-82462-2012. The verdict of guilty issued by the lower court was entered on 3/18/2014.

   The case from the trial court was Styled as STATE OF TEXAS vs. Christopher M. Dunlop and numbered 296-82462-2012.

   During this appeal the defendant/Appellant was never informed from Appellants counsel the following:

   a) The Appellant was not notified of the Court of Appeals verdict until one week after the verdict on July 31, 2015 stating "Things were busy and my

assistant was on vacation".

b) Appellant was trying to get a hold of Appellant counsel and did not find out until 2 days before the date of filing or August 29th for the petition for discretionary review that he could not be appointed court representation due to his status of being indigent because he had lost his case.

c) Appellant was never notified by Appellant Counsel that he had a right under the Texas Rules of Appellate Procedure Rule 49.1 that he had 15 days after the verdict to file a motion for Rehearing. If this motion was filed and granted Appellant would not have to bring this matter to your attention.

2) The deadline for filling this petition is 8/31/2015 and Appellant is seeking an additional 30 days to file this petition. No previous extensions have been requested.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File motion to extend time to file a petition for discretionary review, and for such other and further relief as the Court may deem appropriate.


Very respectfully submitted,

Chris Dunlop

Tel: (214) 628-1729